# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

LINDA S. HARSHBARGER

    v.

JO ANNE B. BARNHART

                                             Case Number: 05-3419-SSA-CV-S-WAK

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT:** the decision of the Commissioner is affirmed and this case is dismissed;


*ENTERED ON:*

|  |  |
|---|---|
|  | *Patricia L. Brune* |
| *May 10, 2006* | Clerk |
| *Date* |  |
|  | */s/    J. Price* |
|  | *J. Price* |
|  | *(By) Deputy Clerk* |